GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: jillian.besancon@usdoj.gov
RYAN POWELL
Arizona State Bar No. 025695
Email: ryan.powell@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED Feb 15 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Moroni Johnson, Defendant. | No. CR-24-08016-PCT-SMB (ESW) **REDACTED INFORMATION** VIO: 18 U.S.C. § 2423(a), (e) (Conspiracy to Commit Transportation of a Minor for Criminal Sexual Activity) Count 1 |

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT 1

Beginning at a time unknown, but at least from on or about September 4, 2019 through on or about September 13, 2022, in the District of Arizona and elsewhere, the defendant MORONI JOHNSON and Samuel Rappylee Bateman did knowingly and willfully conspire and agree together and with each other, to knowingly transport, and cause to be transported, an individual who had not attained the age of 18 years, to wit: Jane Doe 6, Jane Doe 3, Jane Doe 5, Jane Doe 4, and Jane Doe 7, in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a), (e).

Dated this 15th day of February, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> /s
>
> _____
> DIMITRA H. SAMPSON
> JILLIAN BESANCON
> RYAN POWELL
> Assistant U.S. Attorneys