☒ FILED ☐ LODGED

**Feb 15 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Moroni Johnson,<br><br>    Defendant. | No. CR-24-08016-PCT-SMB (ESW)<br><br>**WAIVER OF INDICTMENT** |

The above-named defendant, who is accused of violating Title 18, United States Code, Section 2423(3), Conspiracy to Commit Transportation of a Minor for Criminal Sexual Activity, being advised of the nature of the charges and of his rights, waives in open court prosecution by indictment and consents that the matter may proceed by information instead of by indictment.

_____
MORONI JOHNSON
Defendant

_____
W. Michael Atkins
Attorney for Defendant

Date  2/15/24