☒ FILED  ☐ LODGED
Feb 15 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Moroni Johnson,<br><br>    Defendant. | No. CR-24-08016-PCT-SMB (ESW)<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Supervised Release or Evidentiary Hearing regarding revocation (if required)

before the United States Magistrate Judge.

DATED this 15TH day of FEBRUARY, 2024.

_____
Moroni Johnson
Defendant

_____
W. Michael Atkins
Counsel for Defendant

RYAN POWELL
2024.02.12
13:33:09 -07'00'
_____
Dimitra Sampson / Ryan Powell / Jillian
Besancon / Krissa Lanham
Assistant U.S. Attorney